CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 9 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANDRE K. WATERS,                           )
                                           )
        Petitioner,                        )   Case No. 7:08C00555
                                           )
v.                                         )
                                           )   **FINAL ORDER**
                                           )
WARDEN TERRY O'BRIEN,                      )   By:  Glen E. Conrad
                                           )   United States District Judge
        Respondent.                        )

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1.  The court hereby **ADOPTS** the recommendation of the magistrate judge's report and recommendation that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, be dismissed;

2.  The respondent's motion to dismiss is **GRANTED**;

3.  The petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**, and this action is stricken from the active docket of the court.

ENTER: This 9ᵗʰ day of July, 2009.

_____
United States District Judge